**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1412**

TERRANCE ALEXANDER GIVENS, I,

            Plaintiff - Appellant,

        v.

BOOZ ALLEN HAMILTON, INC.; FRANCIS HEIDARI; JOYCE FIELDS;
GWEN SKANSE; MICHAEL STAFFORD,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, District Judge.
(1:11-cv-01906-BEL)

Submitted:  July 26, 2012          Decided:  August 1, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrance Alexander Givens, I, Appellant Pro Se.  Mark Curran
Stephenson, MARK C. STEPHENSON, ESQ., Blue Bell, Pennsylvania,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Alexander Givens, I, appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss his claims, brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West 2005 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Givens v. Booz Allen Hamilton, Inc., No. 1:11-cv-01906-BEL (D. Md. filed March 14, 2012; entered March 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2